IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY RAY COX, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv143-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

OPINION AND ORDER

This petition for habeas corpus is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 2241(d). There are no objections to the recommendation. After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 3) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 6th day of April, 2017.

                                                /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**